CHARLES A. PITTS, as Administrator, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

Reported below, 79 Hun, 546.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to open default in failing to appear on the argument of an appeal from a judgment of the General Term of

the Supreme Court in the fourth judicial department, rendered at the July term, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Reynolds, Stanchfield & Collin* for motion.

*Bacon & Aldridge* opposed.

Motion granted, upon payment of ten dollars costs.